**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERTO GONZALES,

                    Petitioner,

          v.

BRIAN KIBLER,

                    Respondent.

Case No. 2:21-CV-9960-MWF (LAL)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

          Accordingly, IT IS ORDERED THAT:

          1.      The Report and Recommendation is approved and accepted;

          2.      Judgment be entered denying the Petition and dismissing this action with prejudice; and

          3.      The Clerk serve copies of this Order on the parties.

Dated:  September 30, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-