**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GONZALES,<br><br>        Petitioner,<br><br>v.<br><br>BRIAN KIBLER, Warden,<br><br>        Respondent. | Case No. 2:21-CV-9960-MWF (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

Dated: September 30, 2022

                                    MICHAEL W. FITZGERALD
                                    United States District Judge